IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**DURECO K. BROWN, et al.,**

    **Plaintiff,**

v.                                  Case No. 3:13cv321/MCR/CJK

**COMEFORD, et al.,**

    **Defendants.**

_____/

## ORDER

Upon consideration of the Report and Recommendation of the Magistrate Judge filed on May 21, 2013 (doc. 6), pursuant to 28 U.S.C. § 636(b)(1)(B), and after reviewing objections to the Recommendation, if any, the Recommendation is adopted as the opinion of the Court.

Accordingly, it is now ORDERED as follows:

1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2. This case is DISMISSED and the dismissal is WITHOUT PREJUDICE to each plaintiff filing a new individual complaint on his own behalf, and either paying the full $400.00 fee ($350.00 filing fee and $50.00 administrative fee) or submitting an individual application to proceed *in forma pauperis*.

3. Plaintiffs' motion to appoint counsel (doc. 4) is DENIED as MOOT.

4. The clerk is directed to close the file.

**DONE AND ORDERED** this 27th day of June, 2013.

                                          s/ *M. Casey Rodgers*
                                          **M. CASEY RODGERS**
                                          **CHIEF UNITED STATES DISTRICT JUDGE**